UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

REINERIO E. FONSECA, on behalf of himself
and those similarly situated,

      Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS LLC; and
JOHN DOES 1 TO 10,

      Defendants.

Case No.: 22-cv-4632

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Radius Global Solutions LLC ("RGS"), by its attorney, hereby removes this action from the Superior Court of New Jersey, Essex County Law Division, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant states as follows:

    1.    Plaintiff Reinerio E. Fonseca, originally commenced this action by filing a Summons and Complaint against Defendant in the Superior Court of New Jersey, Essex County Law Division, where it is presently captioned as *Reinerio E. Fonseca, on behalf of himself and all others similarly situated v. Radius Global Solutions LLC and John Does 1 to 10,* Docket No.: ESX-L-03436-22. No further proceedings before the State court have occurred.

2. In the Complaint, plaintiff alleges a statutory cause of action against Defendant. A true and correct copy of the Complaint is attached hereto as Ex. "A."

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* Plaintiff has also alleged state law causes of action.

4. Defendant received Plaintiff's Summons and Complaint on or about June 21, 2022.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States. This Court has supplemental jurisdiction over plaintiff's joined state claims, pursuant to 28 U.S.C. § 1441(c).

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant received Plaintiff's Summons and Complaint. See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of New Jersey, Essex County Law Division. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant Radius Global Solutions LLC gives notice that this action is removed from the Superior Court of New Jersey, Essex County Law Division, to the United States District Court for the District of New Jersey.

Dated: July 18, 2022               Respectfully submitted

                                   */s/ Aaron R. Easley*
                                   Aaron R. Easley, Esq.
                                   SESSIONS, ISRAEL & SHARTLE, LLC
                                   3 Cross Creek Drive
                                   Flemington, NJ 08822-4938
                                   Tel: 908-237-1660
                                   Fax: 877-334-0661
                                   *Counsel for Defendant,*
                                   *Radius Global Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and served via CM/ECF and U.S. Mail upon the following:

Philip D. Stern, Esq.
Yongmoon Kim, Esq.
Kim Law Firm LLC
411 Hackensack Avenue, Suite 701
Hackensack, NJ 07601
*Attorneys for Plaintiff*


                          By:   */s/ Aaron R. Easley*
                                Counsel for Defendant,
                                Radius Global Solutions LLC