# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

REINERIO E. FONSECA, on behalf of himself
and those similarly situated,

    Plaintiff,

v.

                                                Case No.: 2:22-CV-04632

RADIUS GLOBAL SOLUTIONS LLC; and
JOHN DOES 1 TO 10,

    Defendants.
_____/

    IT APPEARING that this matter was removed from state court; and

    IT FURTHER APPEARING that on August 26, 2022, Chief Judge Wolfson of this Court dismissed and remanded one of the parallel actions, *Daye v. Allied Interstate, LLC et al.*, Case No. 3:21-cv-07582 (FLW-TJB), for lack of subject matter jurisdiction based on *Trans Union LLC v. Ramirez,* _U.S._, 141 S.Ct. 2190 (2021); and

    IT FURHTER APPEARING that defendant promptly wrote to this Court informing it of Chief Judge Wolfson's ruling and requesting that this matter likewise be remanded to state court; and

    IT FURTHER APPEARING that plaintiff consents to remand of this matter to state court;

    IT IS this 25th day of October, 2022,

    ORDERED that this action is remanded to the state court from which it originated, Superior Court, Essex County, ESX-L-003436-22.

                                                                         UNITED STATES DISTRICT JUDGE